Peter W. Ito, State Bar No. 152983
**ITO LAW GROUP LLC**
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone: (720) 281-5294
Email: peter@itolawgroup.com

Counsel for Terri Lorenz and
Kenneth D. Walker

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI LORENZ, an individual; KENNETH D.
WALKER, an individual; and BAY AREA
CONSTRUCTION FRAMERS, INC., a
California corporation,

           Plaintiffs,

v.

THE BOARD OF TRUSTEES OF THE
CARPENTERS HEALTH AND WELFARE
TRUST FUND FOR CALIFORNIA;
CARPENTERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA; CARPENTERS
VACATION AND HOLIDAY TRUST FUND
FOR NORTHERN CALIFORNIA;
CARPENTERS ANNUITY TRUST FUND
FOR NORTHERN CALIFORNIA;
CARPENTERS TRAINING TRUST FUND
FOR NORTHERN CALIFORNIA;
CONTRACT WORK PRESERVATION
TRUST FUND FOR NORTHERN
CALIFORNIA; CONSTRUCTION
INDUSTRY ADVANCEMENT FUND; and
CARPENTERS 46 NORTHERN
CALIFORNIA COUNTIES CONFERENCE
BOARD,

           Defendants.

No. 3:15-cv-01430-WHO

**STIPULATION RESCHEDULING CASE
MANAGEMENT CONFERENCE; AND
ORDER THEREON**

THE BOARD OF TRUSTEES OF THE
CARPENTERS HEALTH AND WELFARE
TRUST FUND FOR CALIFORNIA;
CARPENTERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA; CARPENTERS
VACATION AND HOLIDAY TRUST FUND
FOR NORTHERN CALIFORNIA;
CAPRENTERS ANNUITY TRUST FUND
FOR NORTHERN CALIFORNIA;
CARPENTERS TRAINING TRUST FUND
FOR NORTHERN CALIFORNIA;
CONTRACT WORK PRESERVATION
TRUST FUND FOR NORTHERN
CALIFORNIA; and CONSTRUCTION
INDUSTRY ADVANCEMENT FUND,

    Counter-Claimants,

v.

TERRI LORENZ, an individual; KENNETH D.
WALKER, an individual; and BAY AREA
CONSTRUCTION FRAMERS, INC., a
California corporation,

    Counter-Defendants.

   Plaintiffs/Counter-Defendants Terri Lorenz, Kenneth D. Walker, and Bay Area Construction

Framers, Inc. (collectively referred to as "Plaintiffs"), and Defendants/Counter-Claimants The Board

of Trustees of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension

Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern

California, Carpenters Annuity Trust Fund for Northern California, Carpenters Training Trust Fund

for Northern California, Contract Work Preservation Trust Fund for Northern California,

Construction Industry Advancement Fund and Carpenters 46 Northern California Counties

Conference Board (collectively referred to as "Defendants"), hereby stipulate and agree as follows:

   1.  A Case Management Conference has been calendared for June 30, 2015 at 2:00 p.m.

before the Honorable William H. Orrick.

2.      Counsel for Terri Lorenz ("Ms. Lorenz") and Kenneth D. Walker ("Mr. Walker") has a conflict that prevents his participation that day.

3.      Counsel for Ms. Lorenz and Mr. Walker has met and conferred with counsel for Bay Area Construction Framers, Inc. ("BACF") and counsel for Defendants regarding rescheduling the Case Management Conference.  Counsel for BACF and counsel for Defendants have no objection to rescheduling the Case Management Conference to one of the following dates:  July 7, 2015 or August 4, 2015.

Dated: June 2, 2015                          ITO LAW GROUP LLC


                                             By:____/s/ Peter W. Ito_____
                                                  Peter W. Ito

                                             Attorneys for Terri Lorenz and Kenneth
                                             D. Walker


Dated: June 1, 2015                          LAW OFFICES OF JOSEPH E. POWELL


                                             By:____/s/ Joseph E. Powell_____
                                                  Joseph E. Powell

                                             Attorneys for Bay Area Construction
                                             Framers, Inc.

Dated: June 2, 2015                          WEINBERG, ROGER & ROSENFELD


                                             By:___/s/ Ezekiel D. Carder_____
                                                  Ezekiel D. Carder

                                             Attorneys for Defendants

**ORDER APPROVING STIPULATION**

Based upon the above Stipulation Rescheduling Case Management Conference, the Case Management Conference currently calendared for June 30, 2015 at 2:00 p.m. is rescheduled to July 7_____, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: ___June 3, 2015_____

_____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:15-cv-01430-WHO
Stipulation Rescheduling Case Management
Conference and Order Thereon