UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LORENZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE BOARD OF TRUSTEES CARPENTERS HEALTH & WELFARE TRUST FUND FOR CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 15-cv-01430-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 31, 32 |

    The Case Management Conference scheduled for today is CONTINUED to July 16, 2015 at 1:00 pm.  Counsel are ordered to file a **Joint** Case Management Conference Statement in accordance with Civil Local Rule 16-9 and to comply in all respects with Standing Order For All Judges of the Northern District of California.  The Joint Statement shall be filed no later than July 9, 2015.

    I take a dim view of lawyers who cannot cooperate on such a simple task.  It raises questions in my mind whether they have read and understood the Guidelines for Professional Conduct.  Trial counsel for each party shall so certify in the Joint Statement.

    **IT IS SO ORDERED**.

Dated: July 7, 2015

WILLIAM H. ORRICK
United States District Judge