BLYTHE MICKELSON, Bar No. 095506
TRACY L. MAINGUY, Bar No. 176928
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bmickelson@unioncounsel.net
         tmainguy@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Defendants/Counter-Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LORENZ, an individual; KENNETH D. WALKER, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES,<br><br>                Defendants. | No. 15-cv-01430-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

| | |
|---|---|
| 1 | THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES, |
| 11 | Counter-Claimants, |
| 12 | v. |
| 13-15 | TERRI LORENZ, an individual; KENNETH D. WALKER, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation, |
| 16 | Counter-Defendants. |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

Pursuant to Civil Local Rules 7-12 and 16-2, Defendants/Counter-Claimants THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES ("Defendants/Counter-Claimants"), by and through the undersigned counsel, and Plaintiffs/Counter-Defendants TERRI LORENZ, KENNETH WALKER, AND BAY AREA CONSTRUCTION FRAMERS, INC. ("Plaintiffs/Counter-Defendants"), by and through the undersigned counsel, hereby respectfully request that the Case Management Conference currently scheduled for July 16, 2015 at 1:00pm, be continued to August 4, 2015 at 2:00pm.

Pursuant to the Court's July 7, 2015 Order, the Case Management Conference scheduled for July 7, 2015 at 2:00pm was continued to July 16, 2015 at 1:00pm so the parties could file a Joint Case Management Conference Statement no later than July 9, 2015.  [Dkt. No. 35].  The parties met and conferred, and filed a Joint Case Management Conference Statement on July 9, 2015.  [Dkt. No. 36].  Defendants/Counter-Defendants' counsel, Ezekiel Carder, who is the attorney primarily responsible for this matter for Defendants/Counter-Claimants is scheduled to be out of state on July 16th and is unavailable to participate in the Case Management Conference.  Counsel for Plaintiffs/Counter-Defendants Terri Lorenz and Kenneth Walker, Peter W. Ito, is also unavailable on July 16th, but can participate telephonically on August 4, 2015 at (303) 953-9457.

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

All parties have met and conferred regarding the stipulation and request to continue the Case Management Conference, and no party has an objection to continuing the Case Management Conference from July 16, 2015 to August 4, 2015 at 2:00pm.

Dated: July 9, 2015                WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation


                                          /S/ *EZEKIEL D. CARDER*
                               By:        EZEKIEL D. CARDER
                                          Attorneys for Defendants/Counter-Claimants


Dated: July 9, 2015                ITO LAW GROUP LLC


                                          /S/ *PETER W. ITO*
                               By:        PETER W. ITO
                                          Attorneys for Plaintiffs/Counter-Defendants Terri Lorenz and Kenneth Walker


Dated: July 6, 2015                LAW OFFICES OF JOSEPH E. POWELL


                                          /S/ *JOSEPH E. POWELL*
                               By:        JOSEPH E. POWELL
                                          Attorneys for Plaintiff/Counter-Defendant Bay Area Construction Framers, Inc.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

## **ORDER**

Based upon the above Stipulation to Continue Case Management Conference, the Case Management Conference currently calendared for July 16, 2015 at 1:00 p.m. is rescheduled to August 4, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 10, 2015

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO