| | |
|---|---|
| Peter W. Ito, State Bar No. 152983<br>**ITO LAW GROUP LLC**<br>1550 Larimer Street, Suite 667<br>Denver, CO 80202<br>Telephone: (720) 281-5294<br>Email: peter@itolawgroup.com<br><br>Attorneys for Kenneth D. Walker | Blythe Mickelson, State Bar No. 095506<br>Tracy L. Mainguy, State Bar No. 176928<br>Ezekiel D. Carder, State Bar No. 206537<br>**WEINBERG, ROGER & ROSENFELD**<br>A Professional Corporation<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501<br>Telephone: (510) 337-1001<br>Email: bmickelson@unioncounsel.net<br>         tmainguy@unioncounsel.net<br>         ecarder@unioncounsel.net<br><br>Attorneys for Defendants and Counter-Claimants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LORENZ, an individual; KENNETH D. WALKER, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CAPRENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD,<br><br>          Defendants. | No. 3:15-cv-01430-WHO<br><br>**STIPLATION FOR DISMISSAL WITHOUT PREJUDICE OF KENNETH D. WALKER ONLY; AND ORDER THEREON** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CAPRENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; and CONSTRUCTION INDUSTRY ADVANCEMENT FUND, |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11<br>12<br>13 | TERRI LORENZ, an individual; KENNETH D. WALKER, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation, |
| 14 | Counter-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff/Counter-Defendant Kenneth D. Walker ("Kenneth D. Walker"), and Defendants/Counter-Claimants The Board of Trustees of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California, Carpenters Training Trust Fund for Northern California, Contract Work Preservation Trust Fund for Northern California, Construction Industry Advancement Fund (collectively, the "Defendant Trust Funds") and Carpenters 46 Northern California Counties Conference Board (the "Defendant Union," together with the Defendant Trust Funds, the "Defendants"), by and through their undersigned counsel, hereby agree and stipulate that Walker's claims against Defendants and Defendants' counter-claims against Walker are dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

[Signatures on next page]

| | | |
|---|---|---|
| 1 | Dated: October 14, 2015 | ITO LAW GROUP LLC |
| 2 | | |
| 3 | | By:  /s/ Peter W. Ito |
| 4 | |     Peter W. Ito |
| 5 | | Attorneys for Kenneth D. Walker |
| 6 | | |
| 7 | Dated: October 14, 2015 | WEINBERG, ROGER & ROSENFELD |
| 8 | | |
| 9 | | By:  /s/ Ezekiel D. Carder |
| | |     Ezekiel D. Carder |
| 10 | | Attorneys for Defendants and Counter-Claimants |

1 **ORDER**

2 The parties' stipulation is adopted and IT IS SO ORDERED.

3 Dated: October 16, 2015

5 HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE