BLYTHE MICKELSON, Bar No. 095506
TRACY L. MAINGUY, Bar No. 176928
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bmickelson@unioncounsel.net
           tmainguy@unioncounsel.net
           ecarder@unioncounsel.net

Attorneys for Defendants/Counter Claimants

Joseph E. Powell, State Bar No. 83957
**LAW OFFICES OF JOSEPH E. POWELL**
582 Market Street, Suite 2001
San Francisco, CA 94104
Telephone: (415) 788-4949
Email: jepmain@hotmail.com

Attorneys for Bay Area Construction Framers, Inc.

Peter W. Ito, State Bar No. 152983
**ITO LAW GROUP LLC**
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone:  (720) 281-5294
Email: peter@itolawgroup.com

Attorneys for Terri Lorenz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LORENZ, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR | No. 15-cv-01430-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:  January 12, 2016<br>Time:  2:00 p.m.<br>Dept.:  2, 17th Floor<br>Judge:  Hon. William H. Orrick |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES,

                Defendants.

THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; and CONSTRUCTION INDUSTRY ADVANCEMENT FUND,

                Counter-Claimants,

   v.

TERRI LORENZ, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,

                Counter-Defendants.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs/Counter-Defendants Terri Lorenz and Bay Area Construction Framers, Inc. (collectively referred to as "Plaintiffs" or "Counter-Defendants"), and Defendants/Counter-Claimants The Board of Trustees of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California, Carpenters Training Trust Fund for Northern California, Contract Work Preservation Trust Fund for Northern California, Construction Industry Advancement Fund (collectively, the "Defendant Trust Funds" or "Counter-Claimants") and Carpenters 46 Northern California Counties Conference Board (the "Defendant Union," together with the Defendant Trust Funds, the "Defendants"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Further Case Management Conference currently scheduled for January 12, 2016 at 2:00pm be continued to January 26, 2016, or the soonest date available to the Court thereafter.

The Parties are currently scheduled to participate in an Early Neutral Evaluation before Evaluator C. Mark Humbert on January 22, 2016. Accordingly, the Parties respectfully request that the January 12th Further Case Management Conference be continued to allow the Parties time to complete the Early Neutral Evaluation prior to appearing at the Further Case Management Conference. All parties have met and conferred regarding the stipulation and request to continue the Further Case Management Conference, and no party has an objection to continuing the Further Case Management Conference from January 12, 2016 to January 26, 2016 at 2:00pm, or the soonest date available to the Court thereafter.

Dated: January 5, 2016                    WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          */S/ EZEKIEL D. CARDER*
                                    By:   EZEKIEL D. CARDER
                                          Attorneys for Defendants/Counter Claimants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

1  Dated: January 5, 2016                    ITO LAW GROUP LLC

2
                                              */S/ PETER W. ITO*
3                                     By:    PETER W. ITO
                                              Attorneys for Terri Lorenz
4

5  Dated: January 5, 2016                    LAW OFFICES OF JOSEPH E. POWELL

6
                                              */S/ JOSEPH E. POWELL*
7                                     By:    JOSEPH E. POWELL
                                              Attorneys for Bay Area Construction Framers, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO

2

**ORDER**

Based upon the foregoing Stipulation to Continue Case Management Conference, the Court orders that the January 12, 2016 Case Management Conference is continued and shall take place on January 26, 2016 at 2 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 . In addition, the Court Orders:

.

Dated: January 5, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

138471/844918

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. 15-cv-01430-WHO