BLYTHE MICKELSON, Bar No. 095506
TRACY L. MAINGUY, Bar No. 176928
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bmickelson@unioncounsel.net
         tmainguy@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Defendants/Counter Claimants

JOSEPH E. POWELL, Bar No. 83957
LAW OFFICES OF JOSEPH E. POWELL
582 Market Street, Suite 2001
San Francisco, CA 94104
Telephone: (415) 788-4949
Email: jepmain@hotmail.com

Attorneys for Bay Area Construction Framers, Inc.

PETER W. ITO, Bar No. 152983
ITO LAW GROUP LLC
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone:  (720) 281-5294
Email: peter@itolawgroup.com

Attorneys for Terri Lorenz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LORENZ, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR | No. 15-cv-01430-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:　　　May 10, 2016<br>Time:　　　2:00 p.m.<br>Dept.:　　 2, 17th Floor<br>Judge:　　Hon. William H. Orrick |

NORTHERN CALIFORNIA; CONSTRUCTION INDUSTRY ADVANCEMENT FUND; and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES,

      Defendants.

THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CAIFORNIA; VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CAIFORNIA; CONTRACT WORK PRESERVATION TRUST FUND FOR NORTHERN CALIFORNIA; and CONSTRUCTION INDUSTRY ADVANCEMENT FUND,

      Counter-Claimants,

 v.

TERRI LORENZ, an individual; and BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation,

      Counter-Defendants.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON
Case No. 15-cv-01430-WHO

Plaintiffs/Counter-Defendants Terri Lorenz and Bay Area Construction Framers, Inc. (collectively referred to as "Plaintiffs" or "Counter-Defendants"), and Defendants/Counter-Claimants The Board of Trustees of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California, Carpenters Training Trust Fund for Northern California, Contract Work Preservation Trust Fund for Northern California, Construction Industry Advancement Fund (collectively, the "Defendant Trust Funds" or "Counter-Claimant") and Carpenters 46 Northern California Counties Conference Board (the "Defendant Union," together with the Defendant Trust Funds, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On April 27, 2016, Plaintiffs and Defendants participated in a settlement conference before the Honorable Kandis A. Westmore.

2. The parties believe that a further settlement conference before Judge Westmore would be beneficial and, to that end, have agreed to a further settlement conference with Judge Westmore on Wednesday, May 11, 2016.

3. Currently, a Case Management Conference (the "Case Management Conference") is calendared for May 10, 2016 at 2:00 p.m. before the Honorable William H. Orrick.

4. Counsel for Plaintiffs and Defendants would like to continue the Case Management Conference to a date after May 11, 2016 to allow the parties the opportunity to participate in the May 11th settlement conference.

5. Counsel for Plaintiffs and Defendants are available for a Case Management Conference on one of the following dates:  May 31, 2016 or June 7, 2016.

Dated:  May 2, 2016                    WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation


                                        /S/ EZEKIEL D. CARDER
                                By:     EZEKIEL D. CARDER
                                        Attorneys for Defendants/Counter Claimants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON
Case No. 15-cv-01430-WHO

1  Dated:  May 2, 2016                              ITO LAW GROUP LLC

2
                                                    /S/ PETER W. ITO
3                                         By:        PETER W. ITO
                                                    Attorneys for Terri Lorenz
4

5  Dated:  May 2, 2016                              LAW OFFICES OF JOSEPH E. POWELL

6
                                                    /S/ JOSEPH E. POWELL
7                                         By:        JOSEPH E. POWELL
                                                    Attorneys for Bay Area Construction Framers, Inc.
8

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON
Case No. 15-cv-01430-WHO

**ORDER**

The Case Management Conference currently calendared for May 10, 2016 is continued to ___May 17___, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Case Management Conference Statement due 5/13/16.

Dated: __5/3/2016__

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON
Case No. 15-cv-01430-WHO